39228. The State of Ohio, appellee v. Tom Batianis, a.k.a. Tom Bateanas, appellant. Stark County. For leave to appeal. Overruled.

39248. The State of Ohio, appellee v. John Elmer Woodards, appellant. Lorain County. To dismiss appeal as of right. Overruled. For leave to appeal. Allowed.

39343. Clara C. Wayman, appellee v. Board of Education of Akron City School District, appellant. Summit County. To dismiss appeal as of right. Overruled. To certify record. Allowed.

39413. The State of Ohio, appellant v. Jack Flager, a.k.a. Jack Pflager, appellee. Seneca County. For leave to appeal. Overruled.

39417. The State of Ohio, appellees v. Lawrence James Jones, appellant.

39418. The State of Ohio, appellee v. George William Taylor, appellant.

39419. The State of Ohio, appellee v. Van Robert Taylor, appellant. Stark County. For leave to appeal. Allowed.

39442. The State of Ohio, appellee v. Perry Zinzigk, appellant. Hamilton County. For leave to appeal. Overruled.

39468. Edwin R. Sudia, appellee and cross-appellant v. The Hill Corp., appellee; Ralph E. Dietrick, appellant. Summit County. To certify record. Allowed. Cross-Motion to certify record. Overruled.

39496. Betty Solomon, d. b. a. Brooksy's Bar, appellee v. Liquor Control Comm., appellant. Franklin County. To dismiss appeal. Overruled.

39505. Lola B. Hoppes, appellee v. Wendell N. Hoppes, appellant. Fayette County. To dismiss appeal as of right. Sustained. To certify record. Overruled.

39542 and 39543. L. P. Berardi et al., appellees v. Ohio Turnpike Comm. et al., appellants. Cuyahoga County. To docket appeals and for leave to amend notice of appeals. Overruled.

38459. Margaret Hyde, appellant v. City of Lakewood, appellee. Cuyahoga County.

38461. Donald Stump, appellant v. Roy D. Phillians, appellee. Franklin County.

38817. Walter Schnoerr, a taxpayer, appellee v. Stanley L. Miller, Clerk, et al., appellants. Hamilton County.

39135. City of Cleveland, appellant v. Ralph J. Perk, County Aud., appellee. Board of Tax Appeals.

39226. The State, ex rel. James E. MacDonald, Jr. v. The Shawnee Country Club et al. In Quo Warranto.

39244. James Valentine v. E. L. Maxwell, Warden. In Habeas Corpus.

39246. Ralph D. Hower, appellant v. Board of Education, Toledo City School District, appellee. Lucas County.

39317 and 39318. The State of Ohio, appellee v. Hart's Stores, Inc., appellant. Belmont County.

39331. City of Columbus, appellee v. Ruth George, appellant. Franklin County.

39356. Grace C. DeVenne, appellant v. City of Lakewood et al., appellees. Cuyahoga County.

39361. The State of Ohio, appellee v. James O. Phipps, appellant. Scioto County.

39393. Virginia Tipple, appellee v. M. B. Feren Produce, Inc., appellant. Cuyahoga County.